# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4216

_____

LEVORY W. HICKMON,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

July 17, 2019

PER CURIAM.

    AFFIRMED.

WOLF, MAKAR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Levory W. Hickmon, pro se, Appellant.

Ashley Moody, Attorney General, Kristen Jennifer Lonergan, Assistant Attorney General, and Kenneth S. Steely, General Counsel for Department of Corrections, Tallahassee, for Appellee.